IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    CR No. 14-3815

RENEE LYNN WHITE,

    Defendant.

## **ORDER**

THIS MATTER comes before the Court upon the defendant's Motion to Reconsider Sentence, filed July 16, 2015, [Doc. 76] and the United States' Response, filed July 30, 2015, [Doc. 82]. The defendant requests the Court to modify the sentence imposed on June 18, 2015, so that it will run concurrently to the sentence imposed in 13-CR-1379 on November 25, 2014, in the District of Arizona. Having reviewed the Motion, the Response and corresponding exhibits (Docs. 82-1 and 82-2) as well as the controlling authority, I have determined this Court is without jurisdiction to modify the sentence and, therefore, DENY the motion.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE